IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:20-CR-209 |
| | ) | |
| | ) | |
| | ) | (BRANN, D.J.) |
| v. | ) | |
| | ) | |
| JOSHAIR JONES, | ) | (ARBUCKLE, M.J.) |
| Defendant | ) | |

ORDER

The Court having entered a detailed Opinion following a hearing on the Defendant's Second Motion for Release from Custody (Doc. 35), IT IS HEREBY ORDERED that:

1. Defendant's Second Motion for Release from Custody (Doc. 35) is DENIED.

2. The defendant's continued detention is ORDERED pursuant to 18 U.S.C. § 3142 and Rule 46(a).

Date: January 13, 2021               BY THE COURT

                                     *s/William I. Arbuckle*
                                     William I. Arbuckle
                                     U.S. Magistrate Judge